**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENAVIDES AGUILAR,<br><br>  Petitioner,<br><br>  v.<br><br>NEIL MCDOWELL,<br><br>  Respondent. | CASE NO. 2:15-CV-08882-JLS (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed with prejudice.

DATED: November 10, 2016

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE